IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-02155-LTB-MJW

LISA HAYWARD,

Plaintiff(s),

v.

UNION SECURITY INSURANCE COMPANY, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Plaintiff's Motion to Compel (docket no. 15) is GRANTED. Each party shall pay their own attorney fees and costs for this motion.

It is FURTHER ORDERED that Plaintiff shall provide to Defendant her Fed. R. Civ. P. 26(a)(1) disclosures on or before March 4, 2008, or show cause why this case should not be dismissed for failure to comply with this court's Order. *See* paragraph 6 d. of the Scheduling Order (docket no. 10) wherein this court ordered the parties to exchange their Fed. R. Civ. P. 26(a)(1) disclosures on or before February 1, 2008. Moreover, failure by Plaintiff to comply with this minute order may result in sanctions.

Date: February 28, 2008