**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-02155-LTB-MJW

LISA HAYWARD,

    Plaintiff,

v.

UNION SECURITY INSURANCE COMPANY, and
ASSURANT, INC.,

    Defendants.

___

**ORDER OF DISMISSAL**
___

THIS MATTER having come before the Court on the Joint Motion to Dismiss With Prejudice (Doc 31 - filed August 28, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                BY THE COURT:

                  s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED:  August 29, 2008